IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT S. WELLS, | NO. C 05-02731 JW   PR |
| Petitioner(s), | **ORDER OF DISMISSAL** |
| v. | |
| A.P. KANE, | |
| Respondent(s). | |

This case was opened by the Clerk's Office on July 5, 2005. However, the official file contains no petition or any other documents. Further, there is no record of Petitioner Robert S. Wells having filed any documents within the past year pertaining to any case within the Northern District of California. Accordingly, the case is ordered dismissed.

Dated: August 11, 2006

JAMES WARE
United States District Judge

Order of Dismissal
N:\JW Cases\05\05-2731jw.ord.dis.wpd